RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7, 7, 05
BY OM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MILTON JAMES RANDOLPH | * | CIVIL ACTION NO. 03-0433 |
| Versus | * | JUDGE HICKS |
| CADDO PARISH SHERIFF, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment (Document 20) is hereby **GRANTED**, and this matter dismissed with prejudice.

THUS DONE AND SIGNED this 7th day of July, 2005, in Shreveport, Louisiana.

S. MAURICE HICKS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION